JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| QUINCY GILES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>F. FOULK, Warden,<br><br>　　　　　Respondent. | No. CV 15-2741-MWF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 23, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE